88 A.3d 931

## IN THE MATTER OF THE ESTATE OF CHARLES POLK, DECEASED.

### SUSAN KERN, PETITIONER.

April 8, 2014.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal is dismissed.